**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Thomas J. Gartland III<br>        Heather A. Gartland aka Heather A. Holbrook<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 26-10490-DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ Matthew Fissel
                        Matthew Fissel
                        11 Feb 2026, 16:19:37, EST

                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322