United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-10490-djb

Thomas J. Gartland, III                                                          Chapter 13

Heather A. Gartland

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 4

Date Rcvd: Feb 20, 2026                   Form ID: 309I                              Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas J. Gartland, III, Heather A. Gartland, 1435 Mayflower Drive, Quakertown, PA 18951-2635 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: support@ymalaw.com | Feb 21 2026 00:30:00 | PAUL H. YOUNG, Young, Marr, Mallis & Deane, LLC, 3554 Hulmeville Rd., Ste 102, Bensalem, PA 19020 |
| tr | + Email/Text: bncnotice@ph13trustee.com | Feb 21 2026 00:30:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106-1552 |
| smg | Email/Text: megan.harper@phila.gov | Feb 21 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Feb 21 2026 05:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 21 2026 00:31:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15103467 | + EDI: AISACG.COM | Feb 21 2026 05:28:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15101673 | + EDI: GMACFS.COM | Feb 21 2026 05:28:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 15101674 | + EDI: GMACFS.COM | Feb 21 2026 05:28:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15101675 | + Email/PDF: bncnotices@becket-lee.com | Feb 21 2026 00:42:32 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15101676 | + Email/PDF: bncnotices@becket-lee.com | Feb 21 2026 00:42:31 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15101677 | + Email/Text: bk@avant.com | Feb 21 2026 00:31:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15101678 | + Email/Text: bk@avant.com | Feb 21 2026 00:31:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15101679 | + Email/PDF: MarletteBKNotifications@resurgent.com | Feb 21 2026 00:42:24 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15101680 | + Email/PDF: MarletteBKNotifications@resurgent.com | | |

District/off: 0313-2                                      User: admin                                          Page 2 of 4

Date Rcvd: Feb 20, 2026                               Form ID: 309I                                  Total Noticed: 67

| | | | |
|---|---|---|---|
| | | Feb 21 2026 00:42:24 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15101681 | + EDI: AGFINANCE.COM | | |
| | | Feb 21 2026 05:28:00 | Brightway/onemain, Attn: Bankruptcy, P.O. Box 59, Evansville, IN 47701-0059 |
| 15101682 | + EDI: AGFINANCE.COM | | |
| | | Feb 21 2026 05:28:00 | Brightway/onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 15101683 | + EDI: CAPITALONE.COM | | |
| | | Feb 21 2026 05:28:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15101684 | + EDI: CAPITALONE.COM | | |
| | | Feb 21 2026 05:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15101685 | ^ MEBN | | |
| | | Feb 21 2026 00:29:07 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 15101686 | + EDI: CITICORP | | |
| | | Feb 21 2026 05:28:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15101688 | ^ MEBN | | |
| | | Feb 21 2026 00:28:59 | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15101687 | + EDI: JPMORGANCHASE | | |
| | | Feb 21 2026 05:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15101689 | + EDI: WFNNB.COM | | |
| | | Feb 21 2026 05:28:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 15101690 | + EDI: WFNNB.COM | | |
| | | Feb 21 2026 05:28:00 | Comenity Capital/famous, Po Box 182120, Columbus, OH 43218-2120 |
| 15101691 | + EDI: WFNNB.COM | | |
| | | Feb 21 2026 05:28:00 | Comenity/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15101692 | + EDI: WFNNB.COM | | |
| | | Feb 21 2026 05:28:00 | Comenity/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15101693 | + EDI: WFNNB.COM | | |
| | | Feb 21 2026 05:28:00 | Comenitycapital/midas, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15101694 | + EDI: WFNNB.COM | | |
| | | Feb 21 2026 05:28:00 | Comenitycapital/midas, Po Box 182120, Columbus, OH 43218-2120 |
| 15101695 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Feb 21 2026 00:42:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15101696 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Feb 21 2026 00:42:32 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15101697 | EDI: DISCOVER | | |
| | | Feb 21 2026 05:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15101713 | EDI: CITICORP | | |
| | | Feb 21 2026 05:28:00 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15101698 | + EDI: DISCOVER | | |
| | | Feb 21 2026 05:28:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15101699 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Feb 21 2026 00:30:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15101700 | Email/Text: BNSFN@capitalsvcs.com | | |
| | | Feb 21 2026 00:30:00 | First Nataional Bank/Legacy, Po Box 5097, Sioux Falls, SD 57117 |
| 15101706 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | | |
| | | Feb 21 2026 00:30:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 15101705 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | | |
| | | Feb 21 2026 00:30:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 15101701 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Feb 21 2026 00:30:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15101703 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Feb 20, 2026 | Form ID: 309I | Total Noticed: 67

| | | | |
|---|---|---|---|
| 15101707 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2026 00:30:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| | | Feb 21 2026 00:31:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15101708 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 21 2026 00:31:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15101710 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2026 00:42:25 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15101709 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2026 00:42:24 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15104342 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2026 00:42:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15101711 | Email/Text: camanagement@mtb.com | Feb 21 2026 00:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15101712 | Email/Text: camanagement@mtb.com | Feb 21 2026 00:31:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15101715 | Email/Text: ml-ebn@missionlane.com | Feb 21 2026 00:30:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 15101714 | + EDI: CITICORP | Feb 21 2026 05:28:00 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15101717 | + EDI: TDBANKNORTH.COM | Feb 21 2026 05:28:00 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15101716 | + EDI: TDBANKNORTH.COM | Feb 21 2026 05:28:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15104566 | + EDI: AGFINANCE.COM | Feb 21 2026 05:28:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15101719 | ^ MEBN | Feb 21 2026 00:28:57 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15101718 | + EDI: SYNC | Feb 21 2026 05:28:00 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 15101721 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15101720 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15101722 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15101723 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15101724 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15101725 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15101726 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15101727 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15101729 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15101728 | + EDI: SYNC | Feb 21 2026 05:28:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15101730 | + EDI: USBANKARS.COM | Feb 21 2026 05:28:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, |

District/off: 0313-2                                      User: admin                                      Page 4 of 4

Date Rcvd: Feb 20, 2026                                  Form ID: 309I                                    Total Noticed: 67

Cincinatti, OH 45201-5229

15101731            EDI: USBANKARS.COM

Feb 21 2026 05:28:00    Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166

15101732       +  Email/Text: support@ymalaw.com

Feb 21 2026 00:31:00    Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366

TOTAL: 66

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15101702 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15101704 | *+ | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Gartland support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas J. Gartland  III support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Thomas J. Gartland III <br> First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–5856 <br> EIN:  _ _−_ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | Heather A. Gartland <br> First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–4143 <br> EIN:  _ _−_ _ _ _ _ _ | |
| United States Bankruptcy Court:  Eastern District of Pennsylvania | | Date case filed for chapter:      13      2/6/26 | |
| Case number:  26–10490–djb | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas J. Gartland III | Heather A. Gartland |
| 2. | **All other names used in the last 8 years** | | aka Heather A. Holbrook |
| 3. | **Address** | 1435 Mayflower Drive <br> Quakertown, PA 18951 | 1435 Mayflower Drive <br> Quakertown, PA 18951 |
| 4. | **Debtor's attorney** <br> Name and address | PAUL H. YOUNG <br> Young, Marr, Mallis & Deane, LLC <br> 3554 Hulmeville Rd. <br> Ste 102 <br> Bensalem, PA 19020 | Contact phone 215–639–5297 <br><br> Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | KENNETH E. WEST <br> Office of the Chapter 13 Standing Trustee <br> 190 N. Independence Mall West <br> Suite 701 <br> Philadelphia, PA 19106 | Contact phone 215–627–1377 <br><br> Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 9:00 A.M. to 4:00 P.M; <br> Reading Office –– 9:00 A.M. to 4:00 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 2/20/26 |

**For more information, see page 2**

Debtor **Thomas J. Gartland III** and **Heather A. Gartland**                    Case number **26–10490–djb**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 1, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>Time is approximate. Due to the nature of these meetings, some may run longer than others. Please stay connected until the meeting is called. | **Location:**<br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 362–3661, Enter Meeting ID 224 079 6575, and Passcode 6266025562**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/31/26**<br><br><br><br><br><br><br><br><br>**Filing deadline: 4/17/26**<br><br><br>**Filing deadline: 8/5/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The debtor shall serve the plan on parties pursuant to Local Rule 3015–2. The hearing on confirmation will be held on:<br>**5/14/26** at **9:30 AM** , Location: **Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |