

**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

| | | |
|---|---|---|
| **Employee Name:** | Thomas J Gartland | |
| **Employee #:** | 10892 | |
| **Employee Address:** | 1435 Mayflower Drive | |
| | Quakertown, PA 18951 | |
| **Department:** | 96021 CORP IT TEAM - OAKS | |
| **Job Title:** | Product Support Engineer II | |

| | |
|---|---|
| **Pay Date:** | 1/23/2026 |
| **Pay Period:** | 1/12/2026 - 1/25/2026 |
| **Time Collection:** | 12/29/2025 - 1/11/2026 |
| **Deposit Advice #:** | 195531526 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $4,988.46 |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 2/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

| | Current 1/12/2026 - 1/25/2026 | | | YTD As of 1/25/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | $5,005.40 | 160.00 | $10,010.80 |
| REGULAR | 56.00 | 62.3558 | $3,491.92 | 104.00 | $6,561.92 |
| PTO | 24.00 | 62.3558 | $1,496.54 | 56.00 | $3,415.00 |
| PA TAXABLE ESPP | | | $16.94 | | $33.88 |
| **Taxable Benefits** | | | $13.85 | | $27.70 |
| Group Term Life - new | | | $13.85 | | $27.70 |
| **Memo Information** | | | $5,792.43 | | $11,584.86 |
| 401K ER MATCH | | | $49.88 | | $99.76 |
| HEALTH CARE BENEFIT - new | | | $754.09 | | $1,508.18 |
| 401K ELIGIBLE EARNINGS | | | $4,988.46 | | $9,976.92 |
| **Pre-Tax Deductions** | | | $253.59 | | $507.18 |
| 401K | | | $49.88 | | $99.76 |
| DENTAL PRETAX - new | | | $10.00 | | $20.00 |
| Vision PRETAX | | | $3.09 | | $6.18 |
| MEDICAL PRETAX - new | | | $173.68 | | $347.36 |
| 15% DISCOUNT FOR ESPP - OUT | | | $16.94 | | $33.88 |
| **Taxes** | | | $1,022.96 | | $2,045.91 |
| Fed W/H | | | $424.03 | | $848.06 |
| FICA EE | | | $298.57 | | $597.13 |
| Fed MWT EE | | | $69.82 | | $139.65 |
| PA W/H | | | $147.93 | | $295.86 |
| PA UT EE | | | $3.51 | | $7.01 |
| UpProvTwpW/H-M | | | $77.10 | | $154.20 |
| UpProvTwpLST-M | | | $2.00 | | $4.00 |
| **Post-Tax Deductions** | | | $184.12 | | $368.24 |
| SUPP LIFE - new | | | $22.62 | | $45.24 |
| SUPP LIFE SPOUSE - new | | | $19.67 | | $39.34 |
| 401K LOAN | | | $45.83 | | $91.66 |
| US STOCK PURCHASE | | | $96.00 | | $192.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $3,544.73 | | $7,089.47 |
| Direct Deposit | 031907790 | XXXXXX6573 | $3,544.73 | | |

## Other Payroll Information

| | |
|---|---|
| YTD 401K Eligible Earnings | $9,976.92 |

## Accruals & Balances

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 248.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |
| Caregiver Leave Paid Balance: | 0.00 Hours |
| US-PTO - Hours (Non-Grant) MI PT Balance: | 0.00 Hours |

**dayforce**

Page 1 of 1



**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

**Employee Name:** Thomas J Gartland
**Employee #:** 10892
**Employee Address:** 1435 Mayflower Drive
Quakertown, PA 18951
**Department:** 96021 CORP IT TEAM - OAKS
**Job Title:** Product Support Engineer II

**Pay Date:** 1/9/2026
**Pay Period:** 12/29/2025 - 1/11/2026
**Time Collection:** 12/15/2025 - 12/28/2025
**Deposit Advice #:** 187557854
**Pay Frequency:** Bi-Weekly
**Pay Rate:** $4,988.46
**Federal Filing Status:** Married
**Federal Exemptions:** 2/$0.00
**Local Exemptions:** 0 (Upper Providence)
**State Filing Status:** Single (PA)
**State Exemptions:** 0/$0.00 (PA)

| | Current 12/29/2025 - 1/11/2026 | | | YTD As of 1/11/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | **$5,005.40** | 80.00 | **$5,005.40** |
| REGULAR | 48.00 | 63.9583 | $3,070.00 | 48.00 | $3,070.00 |
| PTO | 32.00 | 59.9519 | $1,918.46 | 32.00 | $1,918.46 |
| PA TAXABLE ESPP | | | $16.94 | | $16.94 |
| **Taxable Benefits** | | | **$13.85** | | **$13.85** |
| Group Term Life - new | | | $13.85 | | $13.85 |
| **Memo Information** | | | **$5,792.43** | | **$5,792.43** |
| 401K ER MATCH | | | $49.88 | | $49.88 |
| HEALTH CARE BENEFIT - new | | | $754.09 | | $754.09 |
| 401K ELIGIBLE EARNINGS | | | $4,988.46 | | $4,988.46 |
| **Pre-Tax Deductions** | | | **$253.59** | | **$253.59** |
| 401K | | | $49.88 | | $49.88 |
| DENTAL PRETAX - new | | | $10.00 | | $10.00 |
| Vision PRETAX | | | $3.09 | | $3.09 |
| MEDICAL PRETAX - new | | | $173.68 | | $173.68 |
| 15% DISCOUNT FOR ESPP - OUT | | | $16.94 | | $16.94 |
| **Taxes** | | | **$1,022.95** | | **$1,022.95** |
| Fed W/H | | | $424.03 | | $424.03 |
| FICA EE | | | $298.56 | | $298.56 |
| Fed MWT EE | | | $69.83 | | $69.83 |
| PA W/H | | | $147.93 | | $147.93 |
| PA UT EE | | | $3.50 | | $3.50 |
| UpProvTwpW/H-M | | | $77.10 | | $77.10 |
| UpProvTwpLST-M | | | $2.00 | | $2.00 |
| **Post-Tax Deductions** | | | **$184.12** | | **$184.12** |
| SUPP LIFE - new | | | $22.62 | | $22.62 |
| SUPP LIFE SPOUSE - new | | | $19.67 | | $19.67 |
| 401K LOAN | | | $45.83 | | $45.83 |
| US STOCK PURCHASE | | | $96.00 | | $96.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$3,544.74** | | **$3,544.74** |
| Direct Deposit | 031907790 | XXXXXX6573 | $3,544.74 | | |

## Other Payroll Information

| | |
|---|---|
| YTD 401K Eligible Earnings | $4,988.46 |

## Accruals & Balances

| | | | |
|---|---|---|---|
| US-PTO - Hours (Grant) Balance: | 248.00 Hours | | |
| US-Floating Holiday - Hours Balance: | 16.00 Hours | US-Floating Holiday - Hours Accrued: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours | PTO Carryover - Hours Accrued: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours | | |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours | US-Volunteer PTO - Hours (Grant) Accrued: | 16.00 Hours |
| Caregiver Leave Paid Balance: | 0.00 Hours | | |
| US-PTO - Hours (Non-Grant) MI PT Balance: | 0.00 Hours | | |





**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

| | |
|---|---|
| **Employee Name:** | Thomas J Gartland |
| **Employee #:** | 10892 |
| **Employee Address:** | 1435 Mayflower Drive Quakertown, PA 18951 |
| **Department:** | 96021 CORP IT TEAM - OAKS |
| **Job Title:** | Product Support Engineer II |

| | |
|---|---|
| **Pay Date:** | 12/26/2025 |
| **Pay Period:** | 12/15/2025 - 12/28/2025 |
| **Time Collection:** | 12/1/2025 - 12/14/2025 |
| **Deposit Advice #:** | 177948085 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $4,796.15 |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 2/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

| | Current 12/15/2025 - 12/28/2025 | | | YTD As of 12/28/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | **$4,813.09** | 2,080.00 | **$134,686.34** |
| REGULAR | 72.00 | 59.9518 | $4,316.53 | 1,816.00 | $108,986.03 |
| HOLIDAY PAY | | | | 16.00 | $959.23 |
| INCENTIVE COMP | | | | | $9,546.00 |
| PTO | 8.00 | 59.9519 | $479.62 | 248.00 | $14,754.64 |
| PA TAXABLE ESPP | | | $16.94 | | $440.44 |
| **Taxable Benefits** | | | **$9.23** | | **$646.55** |
| GROUP TERM LIFE - old | | | | | $138.45 |
| Group Term Life - new | | | $9.23 | | $101.53 |
| ORDINARY INCOME ON SALE OF ESPP | | | | | $406.57 |
| **Memo Information** | | | **$5,529.69** | | **$153,737.59** |
| 401K ER MATCH | | | $47.96 | | $1,486.31 |
| HEALTH CARE BENEFIT - old | | | | | $10,464.00 |
| HEALTH CARE BENEFIT - new | | | $685.58 | | $7,541.38 |
| 401K ELIGIBLE EARNINGS | | | $4,796.15 | | $134,245.90 |
| **Pre-Tax Deductions** | | | **$234.90** | | **$6,346.75** |
| 401K | | | $47.96 | | $1,486.31 |
| DENTAL PRETAX - old | | | | | $150.00 |
| DENTAL PRETAX - new | | | $10.00 | | $110.00 |
| MEDICAL PRETAX - old | | | | | $2,400.00 |
| MEDICAL PRETAX - new | | | $160.00 | | $1,760.00 |
| 15% DISCOUNT FOR ESPP - OUT | | | $16.94 | | $440.44 |
| **Taxes** | | | **$990.34** | | **$28,993.32** |
| Fed W/H | | | $413.53 | | $12,813.63 |
| FICA EE | | | $287.39 | | $8,064.08 |
| Fed MWT EE | | | $67.22 | | $1,885.96 |
| PA W/H | | | $142.54 | | $3,999.10 |
| PA UT EE | | | $3.37 | | $94.27 |
| UpProvTwpW/H-M | | | $74.29 | | $2,084.28 |
| UpProvTwpLST-M | | | $2.00 | | $52.00 |
| **Post-Tax Deductions** | | | **$178.70** | | **$4,535.59** |
| SUPP LIFE - old | | | | | $244.20 |
| SUPP LIFE - new | | | $20.35 | | $223.85 |
| SUPP LIFE SPOUSE - old | | | | | $198.24 |
| SUPP LIFE SPOUSE - new | | | $16.52 | | $181.72 |
| 401K LOAN | | | $45.83 | | $1,191.58 |
| US STOCK PURCHASE | | | $96.00 | | $2,496.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$3,409.15** | | **$94,810.68** |
| Direct Deposit | 031907790 | XXXXXX6573 | $3,409.15 | | |

## Other Payroll Information

YTD 401K Eligible Earnings     $134,245.90

**dayforce**



**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

| | |
|---|---|
| **Employee Name:** | Thomas J Gartland |
| **Employee #:** | 10892 |
| **Employee Address:** | 1435 Mayflower Drive Quakertown, PA 18951 |
| **Department:** | 96021 CORP IT TEAM - OAKS |
| **Job Title:** | Product Support Engineer II |

| | |
|---|---|
| **Pay Date:** | 12/26/2025 |
| **Pay Period:** | 12/15/2025 - 12/28/2025 |
| **Time Collection:** | 12/1/2025 - 12/14/2025 |
| **Deposit Advice #:** | 177948085 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $4,796.15 |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 2/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

## Accruals & Balances

| | | | |
|---|---|---|---|
| US-PTO - Hours (Grant) Balance: | 64.00 Hours | US-PTO - Hours (Grant) Taken: | 32.00 Hours |
| US-Floating Holiday - Hours Balance: | 0.00 Hours | | |
| PTO Carryover - Hours Balance: | 0.00 Hours | | |
| Military Leave Paid Balance: | 0.00 Hours | | |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours | | |
| Caregiver Leave Paid Balance: | 0.00 Hours | | |
| US-PTO - Hours (Non-Grant) MI PT Balance: | 0.00 Hours | | |

**dayforce**



| Employee Name: | Thomas J Gartland | Pay Date: | 12/12/2025 |
| Employee #: | 10892 | Pay Period: | 12/1/2025 - 12/14/2025 |
| Employee Address: | 1435 Mayflower Drive | Time Collection: | 11/17/2025 - 11/30/2025 |
| | Quakertown, PA 18951 | Deposit Advice #: | 169432692 |
| Department: | 96021 CORP IT TEAM - OAKS | Pay Frequency: | Bi-Weekly |
| | | Pay Rate: | $4,796.15 |
| Job Title: | Product Support Engineer II | Federal Filing Status: | Married |
| | | Federal Exemptions: | 2/$0.00 |
| | | Local Exemptions: | 0 (Upper Providence) |
| | | State Filing Status: | Single (PA) |
| | | State Exemptions: | 0/$0.00 (PA) |

**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

| | Current 12/1/2025 - 12/14/2025 | | | YTD As of 12/14/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.00 | | **$4,813.09** | 2,000.00 | **$129,873.25** |
| REGULAR | 64.00 | 59.9519 | $3,836.92 | 1,744.00 | $104,669.50 |
| HOLIDAY PAY | 16.00 | 59.9519 | $959.23 | 16.00 | $959.23 |
| INCENTIVE COMP | | | | | $9,546.00 |
| PTO | | | | 240.00 | $14,275.02 |
| PA TAXABLE ESPP | | | $16.94 | | $423.50 |
| **Taxable Benefits** | | | **$9.23** | | **$637.32** |
| GROUP TERM LIFE - old | | | | | $138.45 |
| Group Term Life - new | | | $9.23 | | $92.30 |
| ORDINARY INCOME ON SALE OF ESPP | | | | | $406.57 |
| **Memo Information** | | | **$5,529.69** | | **$148,207.90** |
| 401K ER MATCH | | | $47.96 | | $1,438.35 |
| HEALTH CARE BENEFIT - old | | | | | $10,464.00 |
| HEALTH CARE BENEFIT - new | | | $685.58 | | $6,855.80 |
| 401K ELIGIBLE EARNINGS | | | $4,796.15 | | $129,449.75 |
| **Pre-Tax Deductions** | | | **$234.90** | | **$6,111.85** |
| 401K | | | $47.96 | | $1,438.35 |
| DENTAL PRETAX - old | | | | | $150.00 |
| DENTAL PRETAX - new | | | $10.00 | | $100.00 |
| MEDICAL PRETAX - old | | | | | $2,400.00 |
| MEDICAL PRETAX - new | | | $160.00 | | $1,600.00 |
| 15% DISCOUNT FOR ESPP - OUT | | | $16.94 | | $423.50 |
| **Taxes** | | | **$990.32** | | **$28,002.98** |
| Fed W/H | | | $413.53 | | $12,400.10 |
| FICA EE | | | $287.39 | | $7,776.69 |
| Fed MWT EE | | | $67.21 | | $1,818.74 |
| PA W/H | | | $142.54 | | $3,856.56 |
| PA UT EE | | | $3.36 | | $90.90 |
| UpProvTwpW/H-M | | | $74.29 | | $2,009.99 |
| UpProvTwpLST-M | | | $2.00 | | $50.00 |
| **Post-Tax Deductions** | | | **$178.70** | | **$4,356.89** |
| SUPP LIFE - old | | | | | $244.20 |
| SUPP LIFE - new | | | $20.35 | | $203.50 |
| SUPP LIFE SPOUSE - old | | | | | $198.24 |
| SUPP LIFE SPOUSE - new | | | $16.52 | | $165.20 |
| 401K LOAN | | | $45.83 | | $1,145.75 |
| US STOCK PURCHASE | | | $96.00 | | $2,400.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$3,409.17** | | **$91,401.53** |
| Direct Deposit | 031907790 | XXXXXX6573 | $3,409.17 | | |

## Other Payroll Information

| | |
|---|---|
| YTD 401K Eligible Earnings | $129,449.75 |

**dayforce**



**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

| | |
|---|---|
| **Employee Name:** | Thomas J Gartland |
| **Employee #:** | 10892 |
| **Employee Address:** | 1435 Mayflower Drive
Quakertown, PA 18951 |
| **Department:** | 96021 CORP IT TEAM - OAKS |
| **Job Title:** | Product Support Engineer II |

| | |
|---|---|
| **Pay Date:** | 12/12/2025 |
| **Pay Period:** | 12/1/2025 - 12/14/2025 |
| **Time Collection:** | 11/17/2025 - 11/30/2025 |
| **Deposit Advice #:** | 169432692 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $4,796.15 |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 2/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

## Accruals & Balances

| | | | |
|---|---|---|---|
| US-PTO - Hours (Grant) Balance: | 96.00 Hours | US-PTO - Hours (Grant) Taken: | 8.00 Hours |
| US-Floating Holiday - Hours Balance: | 0.00 Hours | | |
| PTO Carryover - Hours Balance: | 0.00 Hours | | |
| Military Leave Paid Balance: | 0.00 Hours | | |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours | | |
| Caregiver Leave Paid Balance: | 0.00 Hours | | |
| US-PTO - Hours (Non-Grant) MI PT Balance: | 0.00 Hours | | |

**dayforce**