

**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive
Oaks, PA 19456

| | |
|---|---|
| **Employee Name:** | Thomas J. Gartland |
| **Employee #:** | 10892 |
| **Employee Address:** | 1435 Mayflower Drive Quakertown, PA 18951 |
| **Department:** | 96021 CORP IT TEAM - OAKS |
| **Job Title:** | Product Support Engineer II |

| | |
|---|---|
| **Pay Date:** | 2/20/2026 |
| **Pay Period:** | 2/9/2026 - 2/22/2026 |
| **Time Collection:** | 1/26/2026 - 2/8/2026 |
| **Deposit Advice #:** | 211460128 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $4,988.46 |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 2/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

| | Current 2/9/2026 - 2/22/2026 | | | YTD As of 2/22/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$5,005.40** | **320.00** | **$28,105.60** |
| REGULAR | 80.00 | 62.3558 | $4,988.46 | 264.00 | $16,538.84 |
| INCENTIVE COMP | | | | | $8,084.00 |
| PTO | | | | 56.00 | $3,415.00 |
| PA TAXABLE ESPP | | | $16.94 | | $67.76 |
| **Taxable Benefits** | | | **$13.85** | | **$55.40** |
| Group Term Life - new | | | $13.85 | | $55.40 |
| **Memo Information** | | | **$5,842.32** | | **$31,434.34** |
| 401K ER MATCH | | | $99.77 | | $380.14 |
| HEALTH CARE BENEFIT - new | | | $754.09 | | $3,016.36 |
| 401K ELIGIBLE EARNINGS | | | $4,988.46 | | $28,037.84 |
| **Pre-Tax Deductions** | | | **$303.48** | | **$1,194.98** |
| 401K | | | $99.77 | | $380.14 |
| DENTAL PRETAX - new | | | $10.00 | | $40.00 |
| Vision PRETAX | | | $3.09 | | $12.36 |
| MEDICAL PRETAX - new | | | $173.68 | | $694.72 |
| 15% DISCOUNT FOR ESPP - OUT | | | $16.94 | | $67.76 |
| **Taxes** | | | **$1,016.97** | | **$6,842.15** |
| Fed W/H | | | $418.05 | | $3,444.86 |
| FICA EE | | | $298.56 | | $1,695.46 |
| Fed MWT EE | | | $69.83 | | $396.52 |
| PA W/H | | | $147.93 | | $839.90 |
| PA UT EE | | | $3.50 | | $19.67 |
| UpProvTwpW/H-M | | | $77.10 | | $437.74 |
| UpProvTwpLST-M | | | $2.00 | | $8.00 |
| **Post-Tax Deductions** | | | **$184.12** | | **$736.48** |
| SUPP LIFE - new | | | $22.62 | | $90.48 |
| SUPP LIFE SPOUSE - new | | | $19.67 | | $78.68 |
| 401K LOAN | | | $45.83 | | $183.32 |
| US STOCK PURCHASE | | | $96.00 | | $384.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$3,500.83** | | **$19,331.99** |
| Direct Deposit | 031907790 | XXXXXX6573 | $3,500.83 | | |

## Other Payroll Information

| | |
|---|---|
| YTD 401K Eligible Earnings | $28,037.84 |

## Accruals & Balances

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 248.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |
| Caregiver Leave Paid Balance: | 0.00 Hours |
| US-PTO - Hours (Non-Grant) MI PT Balance: | 0.00 Hours |

**dayforce**

Page 1 of 1

| | | |
|---|---|---|
| **Employee Name:** | Thomas J. Gartland | |
| **Employee #:** | 10892 | |
| **Employee Address:** | 1435 Mayflower Drive Quakertown, PA 18951 | |
| **Department:** | 96021 CORP IT TEAM - OAKS | |
| **Job Title:** | Product Support Engineer II | |

| | |
|---|---|
| **Pay Date:** | 2/6/2026 |
| **Pay Period:** | 1/26/2026 - 2/8/2026 |
| **Time Collection:** | 1/12/2026 - 1/25/2026 |
| **Deposit Advice #:** | 203417643 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | $4,988.46 |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 2/$0.00 |
| **Local Exemptions:** | 0 (Upper Providence) |
| **State Filing Status:** | Single (PA) |
| **State Exemptions:** | 0/$0.00 (PA) |

**Employer Name:** SEI Investments
**Employer Phone:** 610-676-1000
**Employer Address:** One Freedom Valley Drive Oaks, PA 19456

| | Current 1/26/2026 - 2/8/2026 | | | YTD As of 2/8/2026 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.00** | | **$5,005.40** | **240.00** | **$23,100.20** |
| REGULAR | 80.00 | 62.3558 | $4,988.46 | 184.00 | $11,550.38 |
| INCENTIVE COMP | | | | | $8,084.00 |
| PTO | | | | 56.00 | $3,415.00 |
| PA TAXABLE ESPP | | | $16.94 | | $50.82 |
| **Taxable Benefits** | | | **$13.85** | | **$41.55** |
| Group Term Life - new | | | $13.85 | | $41.55 |
| **Memo Information** | | | **$5,842.32** | | **$25,592.02** |
| 401K ER MATCH | | | $99.77 | | $280.37 |
| HEALTH CARE BENEFIT - new | | | $754.09 | | $2,262.27 |
| 401K ELIGIBLE EARNINGS | | | $4,988.46 | | $23,049.38 |
| **Pre-Tax Deductions** | | | **$303.48** | | **$891.50** |
| 401K | | | $99.77 | | $280.37 |
| DENTAL PRETAX - new | | | $10.00 | | $30.00 |
| Vision PRETAX | | | $3.09 | | $9.27 |
| MEDICAL PRETAX - new | | | $173.68 | | $521.04 |
| 15% DISCOUNT FOR ESPP - OUT | | | $16.94 | | $50.82 |
| **Taxes** | | | **$1,016.97** | | **$5,825.18** |
| Fed W/H | | | $418.05 | | $3,026.81 |
| FICA EE | | | $298.57 | | $1,396.90 |
| Fed MWT EE | | | $69.82 | | $326.69 |
| PA W/H | | | $147.93 | | $691.97 |
| PA UT EE | | | $3.50 | | $16.17 |
| UpProvTwpW/H-M | | | $77.10 | | $360.64 |
| UpProvTwpLST-M | | | $2.00 | | $6.00 |
| **Post-Tax Deductions** | | | **$184.12** | | **$552.36** |
| SUPP LIFE - new | | | $22.62 | | $67.86 |
| SUPP LIFE SPOUSE - new | | | $19.67 | | $59.01 |
| 401K LOAN | | | $45.83 | | $137.49 |
| US STOCK PURCHASE | | | $96.00 | | $288.00 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$3,500.83** | | **$15,831.16** |
| Direct Deposit | 031907790 | XXXXXX6573 | $3,500.83 | | |

## Other Payroll Information

| | |
|---|---|
| YTD 401K Eligible Earnings | $23,049.38 |

## Accruals & Balances

| | |
|---|---|
| US-PTO - Hours (Grant) Balance: | 248.00 Hours |
| US-Floating Holiday - Hours Balance: | 16.00 Hours |
| PTO Carryover - Hours Balance: | 40.00 Hours |
| Military Leave Paid Balance: | 0.00 Hours |
| US-Volunteer PTO - Hours (Grant) Balance: | 16.00 Hours |
| Caregiver Leave Paid Balance: | 0.00 Hours |
| US-PTO - Hours (Non-Grant) MI PT Balance: | 0.00 Hours |

dayforce