Citibank
14700 Citicorp Drive
Hagerstown, MD 21742