**U.S. BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  THOMAS GARTLAND, III      :         CHAPTER 13
        HEATHER GARTLAND      :
        Debtor               :         NO. 26-10490DJB

## STIPULATION IN LIEU OF OBJECTION BETWEEN DEBTORS, THOMAS GARTLAND, III and HEATHER GARLAND, and RESURGENT CAPITAL SERVICES as servicing agent for BEST EGG, Proof of Claim #25

AND NOW, this 12th day of May, 2026, Debtors, Thomas and Heather Gartland, by

through their attorney Paul H. Young, Esquire, and Resurgent Capital Services as servicing agent

for Best Egg (hereinafter referred to as "Creditor"), hereby stipulate the following terms of

resolution of Proof of Claim No. 25, as follows:

WHEREAS the Debtor, Thomas Gartland entered into an agreement with Cross

River Bank and it successors and assigns c/o Marlette Servicing, LLC, in which creditors filed

UCC Financing Statements with the Bucks County Recorder of Deeds, all of which are exhibits

to Proof of Claim #25, incorporated by reference as if set forth at length.

WHEREAS, in lieu of Debtors' filing an objection to Proof of Claim (#25) filed by

Resurgent Capital Services as servicing agent for Best Egg, et al.

WHEREAS the Debtors and Resurgent Capital Services. seek to resolve Proof of

Claim #25, and it is hereby stipulated and agreed that:

A.  The secured portion of the claim shall be reduced from $14,341.54 to

$7,170.77, which shall be paid through the Chapter 13 Plan.

B.  Upon the signing and approval of the stipulation, Debtors shall

amend their plan according to paragraph A of this stipulation.

C.  The remining balance of the claim shall be treated as a general unsecured

claim.

D.  Upon completion of the plan and Debtors' discharge, creditor and its successors and assignees, agree to mark the UCC liens satisfied in full.

This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

If for any reason Debtor(s)' case is closed, terminated, dismissed or converted, the parties hereto agree and acknowledge that the terms of this agreed/stipulated order will be null and void and the parties are returned to the status quo with their respective rights under state law and the Contract.

Electronic and/or facsimile signatures shall be treated as an original signature for purposes of this Stipulation.

APROVED BY THE COURT:

CONSENTED TO BY:

DATED:

_____

PAUL H. YOUNG, ESQUIRE
Attorney for the Debtors

CONSENTED TO BY:

DATED: 5/13/26

_____

RESURGENT CAPITAL SERVICES, LLC as servicing Agent for Best Egg, Cross River Bank and its successors and assigned c/o Marlette Servicing, LLC

CONSENTED TO BY:

DATED: May 19, 2026

_____

No Objection

/s/ LeeAne O. Huggins

KENNETH WEST, TRUSTEE
Chapter 13 Trustee

**APPROVED BY THE COURT :**

**Date: May 20, 2026**

_____

JUDGE DEREK J. BAKER
UNITED STATES BANKRUPTCY COURT