**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 13 |
| THOMAS J. GARTLAND, III and HEATHER A. GARTLAND | Case No. 26-10490 (DJB) |
| Debtors. | |

**PRAECIPE TO WITHDRAW OBJECTION OF
FRANKLIN MINT FEDERAL CREDIT UNION TO
<u>CONFIRMATION OF THE CHAPTER 13 PLAN DATED FEBRUARY 6, 2026</u>**

TO THE CLERK:

Kindly withdraw the Objection of Franklin Mint Federal Credit Union to Confirmation of the Chapter 13 Plan Dated February 6, 2026 without prejudice.

Respectfully submitted:

KLEHR | HARRISON | HARVEY| BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA  19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit Union*

Dated: May 20, 2026