United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 26-10490-djb

Thomas J. Gartland, III                                                   Chapter 13

Heather A. Gartland

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas J. Gartland, III, Heather A. Gartland, 1435 Mayflower Drive, Quakertown, PA 18951-2635 |
| cr | + Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400 Philadelphia, PA 19103-2945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 21 2026 01:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2026 01:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2026 01:47:40 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: bkfilings@zwickerpc.com | May 21 2026 01:42:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                    Signature:          /s/Gustava Winters

District/off: 0313-2

Date Rcvd: May 20, 2026

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas J. Gartland  III support@ymalaw.com, ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Heather A. Gartland support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**U.S. BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  THOMAS GARTLAND, III        :              CHAPTER 13
        HEATHER GARTLAND               :
        Debtor                                  :              NO. 26-10490DJB

**STIPULATION IN LIEU OF OBJECTION BETWEEN DEBTORS, THOMAS
GARTLAND, III and HEATHER GARLAND, and RESURGENT CAPITAL SERVICES as
servicing agent for BEST EGG, Proof of Claim #25**

AND NOW, this 12th day of May, 2026. Debtors, Thomas and Heather Gartland, by

through their attorney Paul H. Young, Esquire, and Resurgent Capital Services as servicing agent

for Best Egg (hereinafter referred to as "Creditor"),  hereby stipulate the following terms of

resolution of Proof of Claim No. 25, as follows:

WHEREAS the Debtor, Thomas Gartland entered into an agreement with Cross

River Bank and it successors and assigns c/o Marlette Servicing, LLC, in which creditors filed

UCC Financing Statements with the Bucks County Recorder of Deeds, all of which are exhibits

to Proof of Claim #25, incorporated by reference as if set forth at length.

WHEREAS, in lieu of Debtors' filing an objection to Proof of Claim (#25) filed by

Resurgent Capital Services as servicing agent for Best Egg, et al.

WHEREAS the Debtors and Resurgent Capital Services. seek to resolve Proof of

Claim #25, and it is hereby stipulated and agreed that:

A.   The secured portion of the claim shall be reduced from $14,341.54 to

$7,170.77, which shall be paid through the Chapter 13 Plan.

B.   Upon the signing and approval of the stipulation, Debtors shall

amend their plan according to paragraph A of this stipulation.

C.   The remining balance of the claim shall be treated as a general unsecured

claim.

D.  Upon completion of the plan and Debtors' discharge, creditor and its

successors and assignees, agree to mark the UCC liens satisfied in full.

This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid

in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding

upon the parties.

If for any reason Debtor(s)' case is closed, terminated, dismissed or converted, the parties

hereto agree and acknowledge that the terms of this agreed/stipulated order will be null and void

and the parties are returned to the status quo with their respective rights under state law and the

Contract.

Electronic and/or facsimile signatures shall be treated as an original signature for

purposes of this Stipulation.                         APROVED BY THE COURT:

CONSENTED TO BY:

DATED:

PAUL H. YOUNG, ESQUIRE
Attorney for the Debtors

CONSENTED TO BY:

DATED:    5/13/26

RESURGENT CAPITAL SERVICES, LLC as
servicing Agent for Best Egg, Cross River
Bank and its successors and assigned c/o
Marlette Servicing, LLC

CONSENTED TO BY:

DATED:    May 19, 2026

No Objection

/s/ LeeAne O. Huggins

KENNETH WEST, TRUSTEE
Chapter 13 Trustee

**APPROVED BY THE COURT :**

**Date: May 20, 2026**

_____
JUDGE DEREK J. BAKER
UNITED STATES BANKRUPTCY COURT