United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10490-djb |
| Thomas J. Gartland, III | Chapter 13 |
| Heather A. Gartland | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 25, 2026 | Form ID: 155 | Total Noticed: 78 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas J. Gartland, III, Heather A. Gartland, 1435 Mayflower Drive, Quakertown, PA 18951-2635 |
| 15107137 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15102270 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 01:02:51 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15103467 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 26 2026 01:02:51 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15101673 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 26 2026 01:08:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 15101674 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 26 2026 01:08:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15109967 | + | Email/Text: bkfilings@zwickerpc.com | Jun 26 2026 01:09:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 15113517 | + | Email/Text: bkfilings@zwickerpc.com | Jun 26 2026 01:09:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15101675 | + | Email/PDF: bncnotices@becket-lee.com | Jun 26 2026 01:13:26 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 15101676 | + | Email/PDF: bncnotices@becket-lee.com | Jun 26 2026 01:02:52 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15101677 | + | Email/Text: bk@avant.com | Jun 26 2026 01:09:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 15101678 | + | Email/Text: bk@avant.com | Jun 26 2026 01:09:00 | Avant/WebBank, 222 W Merchandise Mart Plaza, Chicago, IL 60654-1103 |
| 15101679 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 26 2026 01:02:51 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15101680 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 26 2026 01:02:52 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 15101681 | + | Email/PDF: cbp@omf.com | Jun 26 2026 01:03:08 | Brightway/onemain, Attn: Bankruptcy, P.O. Box 59, Evansville, IN 47701-0059 |
| 15101682 | + | Email/PDF: cbp@omf.com | | |

|  |  |  | Jun 26 2026 01:02:34 | Brightway/onemain, Po Box 3316, Evansville, IN 47732-3316 |
| 15122019 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:30 | Citibank, 14700 Citicorp Drive, Hagerstown, MD 21742 |
| 15101683 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15101684 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15101685 | ^ | MEBN | Jun 26 2026 01:00:22 | Cbna, Attn: Bankruptcy, one Tallman Road, Canton, NY 13617-3604 |
| 15101686 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:27 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15101688 | ^ | MEBN | Jun 26 2026 01:00:10 | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15101687 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 15126540 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:33 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15101689 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 15101690 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenity Capital/famous, Po Box 182120, Columbus, OH 43218-2120 |
| 15101691 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenity/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15101692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenity/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15101693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenitycapital/midas, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15101694 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 26 2026 01:09:00 | Comenitycapital/midas, Po Box 182120, Columbus, OH 43218-2120 |
| 15101695 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 26 2026 01:02:52 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15101696 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 26 2026 01:03:11 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15101697 |  | Email/Text: mrdiscen@discover.com | Jun 26 2026 01:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 15101713 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:27 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15101698 | + | Email/Text: mrdiscen@discover.com | Jun 26 2026 01:08:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15101699 |  | Email/Text: BNSFN@capitalsvcs.com | Jun 26 2026 01:08:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 15101700 |  | Email/Text: BNSFN@capitalsvcs.com | Jun 26 2026 01:08:00 | First Nataional Bank/Legacy, Po Box 5097, Sioux Falls, SD 57117 |
| 15101706 |  | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 26 2026 01:08:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Chadds Ford, PA 19317 |
| 15101705 |  | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 26 2026 01:08:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 15101701 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 26 2026 01:08:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15101703 | + | Email/Text: Atlanticus@ebn.phinsolutions.com |  |  |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: 155 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 15101707 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 26 2026 01:08:00 | Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| | | | Jun 26 2026 01:08:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15101708 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 26 2026 01:08:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15119228 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2026 01:09:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15101710 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:13:27 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15101709 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:13:32 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15104342 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:03:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15102950 | ^ | MEBN | Jun 26 2026 00:59:59 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15119607 | ^ | MEBN | Jun 26 2026 00:59:46 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15101711 | | Email/Text: camanagement@mtb.com | Jun 26 2026 01:09:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15101712 | | Email/Text: camanagement@mtb.com | Jun 26 2026 01:09:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15101715 | | Email/Text: ml-ebn@missionlane.com | Jun 26 2026 01:08:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 15101714 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2026 01:13:33 | Macy's/ DSNB, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 15115023 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2026 01:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15101717 | + | Email/Text: bankruptcy@td.com | Jun 26 2026 01:09:00 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15101716 | + | Email/Text: bankruptcy@td.com | Jun 26 2026 01:09:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15104566 | + | Email/PDF: cbp@omf.com | Jun 26 2026 01:02:51 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15127706 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 26 2026 01:13:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15127370 | | Email/Text: bnc-quantum@quantum3group.com | Jun 26 2026 01:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15128512 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:13:29 | Resurgent Capital Services, as servicing agent for Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15121870 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2026 01:13:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15101719 | ^ | MEBN | Jun 26 2026 01:00:00 | Syncb/Old Navy, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15101718 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:27 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 96506, Orlando, FL 32896-0001 |
| 15101721 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:49 | Synchrony Bank, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15129336 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0313-2                          User: admin                          Page 4 of 5

Date Rcvd: Jun 25, 2026                       Form ID: 155                         Total Noticed: 78

| | | | |
|---|---|---|---|
| | | Jun 26 2026 01:02:52 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15101720 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15101722 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:27 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15101723 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:30 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15101724 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15101725 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony Bank/Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15101726 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15101727 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:02:49 | Synchrony Bank/TJX, Po Box 71737, Philadelphia, PA 19176-1737 |
| 15101729 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15101728 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2026 01:03:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15110451 | ^ MEBN | Jun 26 2026 00:59:50 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15101730 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 26 2026 01:09:00 | Us Bk Cacs, Attn: Bankruptcy, Po Box 5229, Cincinatti, OH 45201-5229 |
| 15101731 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 26 2026 01:09:00 | Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166 |
| 15101732 | + Email/Text: support@ymalaw.com | Jun 26 2026 01:09:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 76

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15101702 | *+ | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 15101704 | *+ | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 15119236 | *+ | TD Bank, N.A., PO Box 1931, Burlingame, CA 94011-1931 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-2

Date Rcvd: Jun 25, 2026

User: admin

Form ID: 155

Page 5 of 5

Total Noticed: 78

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

**Name**                     **Email Address**

CORINNE SAMLER BRENNAN

on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

PAUL H. YOUNG

on behalf of Joint Debtor Heather A. Gartland support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Thomas J. Gartland  III support@ymalaw.com,
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Thomas J. Gartland III                          )               Case No. 26–10490–djb
                                                   )
                                                   )
   Heather A. Gartland                             )               Chapter: 13
   aka Heather A. Holbrook                         )
   Debtor(s).                                      )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 25, 2026                                For The Court

                                                   Derek J Baker
                                                   Judge, United States Bankruptcy Court